

# THE THIRTEENTH COURT OF APPEALS

## 13-10-00232-CV

EZEQUIEL CASTILLO, INDIVIDUALLY, MARIA DE LOS ANGELES CASTILLO,
INDIVIDUALLY AND AS NEXT FRIEND FOR ASHLEY CASTILLO AND EZEQUIEL
CASTILLO JR., AND ROSA SILVIA MARTINEZ, INDIVIDUALLY
v.
FORD MOTOR COMPANY

On Appeal from the 404th District Court
of Cameron County, Texas
Trial Cause No. 2003-01-251-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 12, 2015